UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JESSIE M. BUTLER, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:18-CV-268 |
| | § | |
| CIT BANK, N.A., *et al*, | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

Pursuant to the Memorandum and Order entered in this case, the plaintiff's suit is DISMISSED.

This is a Final Judgment.

SIGNED on this 10th day of April, 2018.

_____
Kenneth M. Hoyt
United States District Judge